IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| David Murray, | : | |
| Plaintiff | : | Civil Action 2:10-cv-00797 |
| v. | : | Judge Marbley |
| City of Columbus, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Amended Scheduling Order

On January 18, 2012, counsel for the parties participated in a telephone status and scheduling conference with me.

Plaintiff is GRANTED leave to file an amended complaint. It was filed on December 20, 2011 (doc. 27). Defendant City of Columbus will file a motion to dismiss the amended complaint on or before **February 17, 2012.** Defendant City of Columbus will file its response to plaintiff's amended motion for sanctions (doc. 26) on or before **March 2, 2012.** Plaintiff's September 28, 2012 motion for sanctions (doc. 22) is MOOT.

The scheduling order established by June 9, 2011 Preliminary Pretrial Order (doc. 19) is VACATED. Counsel are DIRECTED to call my office (614.719.3370) **no later than fourteen (14) days after the Court rules on defendant City of Columbus' February 17, 2012 motion to dismiss** to schedule a conference to establish a new case management order.

s/ Mark R. Abel
United States Magistrate Judge