IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| David Murray, | : | |
| Plaintiff | : | Civil Action 2:10-cv-00797 |
| v. | : | Judge Marbley |
| City of Columbus, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

The March 6, 2012 stipulated motion of the parties for an extension of time (doc. 40) is GRANTED. Plaintiff must respond to defendants' motion to dismiss and file his reply in support of his motion for an adverse inference and sanctions on or before March 23, 2012.

s/ Mark R. Abel
United States Magistrate Judge